



**L&P PAPER INC.**
P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

INVOICE NO.
018006

DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING

SOLD TO   6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
9660 JOE RODRIGUEZ

EL PASO   , TX   79927

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783251 | TRUCK | 1%20/NET 30 | 08/21/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 43269 | LBS 22" 60# OFFSET 40/3 54RLS | .43000 | 18605.67 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| TOTAL | 18605.67 |
|---|---|



**L&P PAPER INC.**

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

INVOICE NO.
018008

*DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING*

SOLD TO   6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
9660 JOE RODRIGUEZ

EL PASO   , TX  79927

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783270 | TRUCK | 1%20/NET 30 | 08/23/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 15054 | LBS 18" 0075 C1S COVER 40/3 18RLS | .56000 | 8430.24 |
| | | | |
| | FREIGHT: | | 1800.00 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| TOTAL | 10230.24 |
|---|---|



**L&P PAPER INC.**

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

INVOICE NO
018024

*DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING*

SOLD TO  6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   , PA. 16635

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783271 | TRUCK | 1%20/NET 30 | 08/30/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 8066 LBS | 15 1/2" 007 COATED MATTE 40/50/3 14RLS | .51000 | 4113.66 |
| 9308 LBS | 18" 60# MATTE 40/3 11RLS | .49000 | 4560.92 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

FREIGHT:
DROP CHARGE

150.00

A Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| TOTAL | 8824.58 |
|---|---|



# PAPER INC.

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

**INVOICE NO.**
018040

**DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING**

SOLD TO   6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
9660 JOE RODRIGUEZ

EL PASO        , TX  79927

| CHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783258 | TRUCK | 1%20/NET 30 | 09/05/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 77263 | LBS 18" 007 REPLY CARD 40/3 128RLS | .49500 | 38245.19 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| | |
|---|---|
| **TOTAL** | 38245.19 |

**L&p PAPER INC.**

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

*DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING*

SOLD TO   6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
9660 JOE RODRIGUEZ

EL PASO        , TX  79927

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783272 | TRUCK | 1%20/NET 30 | 09/07/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 42415 | LBS 23" 60# OFFSET 40/3 50RLS | .43500 | 18450.53 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

Finance Charge of 1¹/₂% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| TOTAL | 18450.53 |
|---|---|

# L&P PAPER INC.

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

INVOICE NO.
018038

### DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING

SOLD TO  6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   PA   16635

SHIP TO

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   PA   16635

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783290 | SAXON | 1&20/NET 30 | 09/11/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 17168 | LBS 18" 67# VELLUM BRISTOL 40/3 24RLS | .51000 | 8755.68 |
| 5692 | LBS 16" 60# MATTE 40/3 6RLS | .49000 | 2789.08 |
| 2910 | LBS 7 1/2" 60# OFFSET 50/5 7RLS | .51000 | 1484.10 |
| | DROP CHARGE | | 150.00 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

Finance Charge of 1¹/₂% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full, Excluding press time.

| | |
|---|---|
| **TOTAL** | 13178.86 |



## L&P PAPER INC.
P.O. BOX 98
SOUTHBRIDGE, MA 01550-0098

PH # 800-444-4009
PH # 508-248-4691
FAX# 508-248-5087

INVOICE NO.
018042

*DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING*

SOLD TO 6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE, PA 16635

SHIP TO

NORTH AMERICAN COMM.
9660 JOE RODRIGUEZ

EL PASO, TX 79927

| PURCHASE ORDER NUMBER | SHIPPED VIA | DESCRIPTION | TERMS | DATE | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 783296 | TRUCK | | 1820/NET 30 | 09/11/17 | | |
| QUANTITY | | | | | | |
| 8038 | | LBS 18" 0075 C1S COVER 40/3 12RLS | | | .58000 | 4662.04 |
| 36370 | | LBS 18" 60# OFFSET 40/3 54RLS | | | .42000 | 15275.40 |
| | | | FREIGHT: | | | 3300.00 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| TOTAL | 23237.44 |
|---|---|

## L&P PAPER INC.

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

INVOICE NO.
018045

**DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING**

SOLD TO 6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE , PA. 16635

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783305 | SAXON | 1%20/NET 30 | 09/11/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 6110 | LBS 18" 80# 007 GLOSS COVER 40/50/3 6RLS | .56000 | 3421.60 |
| | | FREIGHT: DROP CHARGE | 150.00 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

| | TOTAL | 3571.60 |

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.



**PAPER INC.**
P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

INVOICE NO.
018048

*DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING*

SOLD TO 6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
9660 JOE RODRIGUEZ

EL PASO , TX 79927

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783293 | TRUCK | 1%20/NET 30 | 09/11/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 15640 | LBS 22" 70# CAPISTRANO GLOSS 40/3 12RLS | .56000 | 8758.40 |
| 10074 | LBS 18" 60# CAPISTRANO MATTE 40/3 10RLS | .56000 | 5641.44 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| TOTAL | 14399.84 |
|---|---|



**L&P PAPER INC.**

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

**INVOICE NO.**
018060

*DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING*

SOLD TO    6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
9660 JOE RODRIGUEZ

EL PASO        , TX  79927

| PURCHASE ORDER NUMBER | SHIPPED VIA | DESCRIPTION | TERMS | DATE | | |
|---|---|---|---|---|---|---|
| 783295 | TRUCK | | 1%20/NET 30 | 09/18/17 | | |
| QUANTITY | | DESCRIPTION | | | UNIT PRICE | EXTENDED PRICE |
| 21759 | | LBS 9 1/2" 60# OFFSET 50/5 42RLS | | | .46000 | 10009.14 |
| 20838 | | LBS 9" 50# OFFSET 50/5 39RLS | | | .46000 | 9585.48 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

**TOTAL**    19594.62

# L&P PAPER INC.

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

**INVOICE NO.**
018061

*DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING*

SOLD TO   6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE  , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
9660 JOE RODRIGUEZ

EL PASO      , TX  79927

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783294 | TRUCK | 1%20/NET 30 | 09/18/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 43080 | LBS 10 3/8" 60# OFFSET 50/5 76RLS | .46000 | 19816.80 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| TOTAL | 19816.80 |
|---|---|

11/09/2017 11:01 15082485087 L P PAPER PAGE 15/20

Case Case 07-015-cv-04010 Doc 53 Filed 09/11/19 Entered 09/11/19 07:53:39 Desc
Exhibit Complaint Exhibit A Page 13 of 45

**L&P PAPER INC.**

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

INVOICE NO.
018065

DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING

SOLD TO    6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE    , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
9660 JOE RODRIGUEZ

EL PASO    , TX  79927

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783292 | TRUCK | 1%20/NET 30 | 09/18/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 40261 | LBS 18" 007 REPLY CARD 40/3 | .49500 | 19929.20 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| **TOTAL** | 19929.20 |
|---|---|



# **L&P PAPER INC.**

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0095

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

INVOICE NO
018082

*DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING*

SOLD TO    6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
9660 JOE RODRIGUEZ

EL PASO        , TX  79927

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783316 | TRUCK | 1%20/NET 30 | 09/28/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 88836 | LBS 18" 60# OFFSET 40/3 142RLS | .45000 | 39976.20 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| **TOTAL** | 39976.20 |
|---|---|

## L&P PAPER INC.

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5097

**INVOICE NO**
018086

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

*DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING*

SOLD TO   6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
9660 JOE RODRIGUEZ

EL PASO         , TX   79927

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783350 | TRUCK | 1%20/NET 30 | 09/28/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 40121 | LBS 18" 007 REPLY CARD 40/50/3 | .51000 | 20461.71 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

Finance Charge of 1¹/₂% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| | |
|---|---|
| **TOTAL** | 20461.71 |



## L&p PAPER INC.

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

**INVOICE NO**
018081

*DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING*

SOLD TO   6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
9660 JOE RODRIGUEZ

EL PASO   , TX   79927

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783319 | TRUCK | 1%20/NET 30 | 09/29/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 43594 | LBS 11" 60# OFFSET 50/5 24RLS | .48000 | 20925.12 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

**TOTAL**   20925.12

# L&P PAPER INC.

**DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING**

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

**INVOICE NO.**
018087

| SOLD TO | 6265 | SHIP TO | |
|---------|------|---------|---|
| NORTH AMERICAN COMM. | | NORTH AMERICAN COMM. | |
| 141 NAC DRIVE | | 9660 JOE RODRIGUEZ | |
| DUNCANSVILLE , PA. 16635 | | EL PASO , TX 79927 | |

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783343 | TRUCK | 1%20/NET 30 | 09/29/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 41354 | LBS 18" 007 REPLY CARD 40/3 | .51000 | 21090.54 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

Finance Charge of 1¹/₂% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| | TOTAL | 21090.54 |
|---|---|---|

11/09/2017  11:01    15082485087              L P PAPER                        PAGE  20/20

Case Case 4:17-cv-01100-TSE   Document 1-10   Filed 11/19   Filed 14/09/17/Page 18 of 45 Desc
Exhibit Complaint Exhibit A    Page 18 of 45

**L&P PAPER INC.**

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

WATS# 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

INVOICE NO.
**18090**

Corrected

*DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING*

| SOLD TO | 6265 | SHIP TO |
|---|---|---|

NORTH AMERICAN COMM.
141 NAC DRIVE
DUNCANSVILLE PA 16635

NORTH AMERICAN COMM.
141 NAC Drive
DUNCANSVILLE PA 16635

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783328 | TRUCK | 1% 20/NET 30 | 9/30/2017 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 40393 | LBS 18" 60# Offset 40/3 | 0.44000 | 17772.92 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| TOTAL | 17772.92 |
|---|---|



**L&P PAPER INC.**

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

*DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING*

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

INVOICE NO.
018092

SOLD TO    6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE    , PA. 16635

*Marty*

SHIP TO

NORTH AMERICAN COMM.
9660 JOE RODRIGUEZ

EL PASO    , TX 79927

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783018 | TRUCK | 1820/NET 30 | 10/10/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 43446 | LBS 15" 60# OFFSET 40/3 36RLS | .46500 | 20202.39 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

21829

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| TOTAL | 20202.39 |
|---|---|

## L&P PAPER INC.

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-249-4891
FAX# 508-248-5067

INVOICE NO.

018095

*DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING*

SOLD TO   6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   , PA. 16635

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783369 | NEMF | 1%20/NET 30 | 10/05/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 4546 | LBS 15" 60# MATTE 40/3 6RLS | .51000 | 2318.46 |
| | **REMIT TO:** | FREIGHT: | 150.00 |
| | L & P PAPER INC. | DROP CHARGE | |
| | P.O. BOX 96 | | |
| | SOUTHBRIDGE, MA 01550 | | |

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| TOTAL | 2468.46 |
|---|---|



## PAPER INC.

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 600-444-4009
PH # 508-248-4891
FAX# 508-248-5087

INVOICE NO.
018096

**DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING**

SOLD TO   6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   , PA. 16635

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783352 | NEMF | 1820/NET 30 | 10/05/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 5378 | LBS 15" 60# OPAQUE 40/3 5RLS | .58000 | 3119.24 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

FREIGHT:
DROP CHARGE

150.00

Finance Charge of 1¹/₂% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

**TOTAL**   3269.24



**PAPER INC.**

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

INVOICE NO.
018110

*DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING*

SOLD TO  6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE    , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE    , PA. 16635

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783377 | NEMF | 1%20/NET 30 | 10/10/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 5078 | LBS 15" 80# OFFSET 40/50/3 7RLS | .51000 | 2589.78 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

FREIGHT:          150.00
DROP CHARGE

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

**TOTAL**      2739.78



# PAPER INC.

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0098

**DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING**

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

INVOICE NO
018114

SOLD TO  6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
9660 JOE RODRIGUEZ

EL PASO   , TX  79927

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783342 | TRUCK | 1%20/NET 30 | 10/11/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 19598 | LBS 7 1/2" 60# OFFSET 50/5 | .49000 | 9603.02 |
| 18906 | LBS 6 5/8" 60# OFFSET 50/5 | .49000 | 9263.94 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

FREIGHT:                    2646.27

Finance Charge of 1 1/2% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

**TOTAL**   21513.23



**PAPER INC.**

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

INVOICE NO.
018116

*DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING*

SOLD TO 6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   PA   16635

SHIP TO

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   PA   16635

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783352 | TRUCK | 1%20/NET 30 | 10/11/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 3724 | LBS 15 3/4" 60# OPAQUE 40/3 4RLS | .58000 | 2159.92 |
| | **REMIT TO:** L & P PAPER INC. P.O. BOX 96 SOUTHBRIDGE, MA 01550   DROP CHARGE | | 150.00 |

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full, Excluding press time.

| TOTAL | 2309.92 |
|---|---|



**PAPER INC.**

P.O. BOX 96
SOUTHBRIDGE, MA 01550-0096

PH # 800-444-4009
PH # 508-248-4891
FAX# 508-248-5087

INVOICE NO.

018122

*DISTRIBUTORS OF PAPERS FOR PRINTING & PUBLISHING*

SOLD TO   6265

NORTH AMERICAN COMM.
141 NAC DRIVE

DUNCANSVILLE   , PA. 16635

SHIP TO

NORTH AMERICAN COMM.
9660 JOE RODRIGUEZ

EL PASO      , TX   79927

| PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS | DATE |
|---|---|---|---|
| 783367 | TRUCK | 1%20/NET 30 | 10/11/17 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 9096 | LBS 10 3/8" 60# OFFSET 50/5 16RLS | .46000 | 4184.16 |
| 33911 | LBS 18" 60# OFFSET 40/3 54RLS | .45000 | 15259.95 |

**REMIT TO:**
L & P PAPER INC.
P.O. BOX 96
SOUTHBRIDGE, MA 01550

Finance Charge of 1½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| TOTAL | 19444.11 |
|---|---|

L&P Paper Inc.

P.O. Box 96
Southbridge, MA  01550

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/13/2017 | 18123 |

| Bill To |
|---------|
| North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 |

| Ship To |
|---------|
| North American Comm.<br>9660 Joe Rodriguez<br>El Paso, TX 79927 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 783356 | 1% 20 Net 30 | MRG | 10/13/2017 | Truck | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|------------|--------|
| 20.721 | LBS | 22" 70# #2 matte 40/3 18rls | CWT | 0.54 | 11,189.34 |
| 20.030 | LBS | 18" 60# #2 mstte 40/3 24rls | CWT | 0.54 | 10,816.20 |

A Finance Charge of 1 ½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| **Total** | $22,005.54 |
|-----------|------------|

L&P Paper Inc.

P.O. Box 96
Southbridge, MA 01550

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/13/2017 | 18125 |

**Bill To**

North American Communications
141 NAC Drive
Duncansville, PA 16635

**Ship To**

North American Comm.
9660 Joe Rodriguez
El Paso, TX 79927

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 783317 | 1% 20 Net 30 | MRG | 10/13/2017 | Truck | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|------------|--------|
| 81,973 | LBS | 18" 007 reply card 40/3 | CWT | 0.51 | 41,806.23 |

A Finance Charge of 1 ½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full, Excluding press time.

**Total**       $41,806.23

L&P Paper Inc.

P.O. Box 96
Southbridge, MA  01550

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/18/2017 | 18128 |

**Bill To**

North American Communications
141 NAC Drive
Duncansville, PA 16635

**Ship To**

North American Comm.
9660 Joe Rodriguez
El Paso, TX 79927

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 783349 | 1% 20 Net 30 | MRG | 10/18/2017 | Truck | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|------------|--------|
| 59,041 | LBS | 14" 007 matte reply 49/3 | CWT | 0.56 | 33,062.96 |

A Finance Charge of 1 ½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

**Total** $33,062.96

L&P Paper Inc.

P.O. Box 96
Southbridge, MA 01550

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/18/2017 | 18131 |

**Bill To**

North American Communications
141 NAC Drive
Duncansville, PA 16635

**Ship To**

North American Communications
141 NAC Drive
Duncansville, PA 16635

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 783399 | 1% 20 Net 30 | MRG | 10/18/2017 | NEMF | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|-----------|--------|
| 3,172 | LBS | 18" 70# gloss #3 40/50/3 2rls | CWT | 0.51 | 1,617.72 |
| 5,189 | LBS | 18" 80# matte text 40/50/3 4rls | CWT | 0.51 | 2,646.39 |
| 5,790 | LBS | 15" 80# offset 40/50/3 8rls | CWT | 0.51 | 2,952.90 |
| | Drop Charge | Drop Charge | | 150.00 | 150.00 |

A Finance Charge of 1 ½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

**Total** | $7,367.01

L&P Paper Inc.

P.O. Box 96
Southbridge, MA  01550

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/20/2017 | 18135 |

| Bill To |
|---------|
| North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 |

| Ship To |
|---------|
| North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 23411 | 783407 | 1% 20 Net 30 | |

| Item | Description | Order... | Prev. Inv... | Backor... | Invoiced | U/M | Rate | Amount |
|------|-------------|----------|--------------|-----------|----------|-----|------|--------|
| LBS | 14" 007 matte 40/50/3 | 10,000 | 0 | 0 | 11.048 | CWT | 0.54 | 5,965.92 |
| Drop Charge | Drop Charge | 1 | 0 | | 1 | | 150.00 | 150.00 |

A Finance Charge of 1 ½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| Total | $6,115.92 |
|-------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,115.92 |

L&P Paper Inc.

P.O. Box 96
Southbridge, MA  01550

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/23/2017 | 18137 |

| Bill To |
|---------|
| North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 |

| Ship To |
|---------|
| North American Comm.<br>9660 Joe Rodriguez<br>El Paso, TX 79927 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 783393 | 1% 20 Net 30 | MRG | 10/23/2017 | Truck | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|------------|--------|
| 43,284 | LBS | 10 3/8" 60# offset 50/5 76rls | CWT | 0.46 | 19,910.64 |

A Finance Charge of 1 ½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

**Total** $19,910.64

L&P Paper Inc.

P.O. Box 96
Southbridge, MA  01550

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/23/2017 | 18138 |

| Bill To |
|---|
| North American Communications |
| 141 NAC Drive |
| Duncansville, PA 16635 |

| Ship To |
|---|
| North American Comm. |
| 9660 Joe Rodriguez |
| El Paso, TX 79927 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 783364 | 1% 20 Net 30 | MRG | 10/23/2017 | Truck | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 44,632 | LBS | 10" 50# offset 50/5 84rs | CWT | 0.465 | 20,753.88 |

A Finance Charge of 1 ½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

**Total**   $20,753.88

L&P Paper Inc.

P.O. Box 96
Southbridge, MA  01550

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/24/2017 | 18139 |

**Bill To**

North American Communications
141 NAC Drive
Duncansville, PA 16635

**Ship To**

North American Communications
141 NAC Drive
Duncansville, PA 16635

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 783413 | 1% 20 Net 30 | MRG | 10/24/2017 | NEMF | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|------------|--------|
| 4,388 | LBS<br>Drop Charge | 16" 60# Sonoma matte 47/50/3 4rls<br>Drop Charge | CWT | 0.51<br>150.00 | 2,237.88<br>150.00 |

A Finance Charge of 1 ½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

**Total**   $2,387.88

L&P Paper Inc.

P.O. Box 96
Southbridge, MA  01550

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/24/2017 | 18143 |

| Bill To |
|---------|
| North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 |

| Ship To |
|---------|
| North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 783390 | 1% 20 Net 30 | MRG | 10/24/2017 | Truck | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|------------|--------|
| 42,444 | LBS | 11" 60# offset 50/5 70rls | CWT | 0.49 | 20,797.56 |

A Finance Charge of 1 ½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| **Total** | **$20,797.56** |
|-----------|----------------|

L&P Paper Inc.

P.O. Box 96
Southbridge, MA  01550

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/26/2017 | 18147 |

| Bill To | Ship To |
|---------|---------|
| North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 | North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 |

| S.O. No. | P.O. No. | Terms | Project |
|----------|----------|-------|---------|
| 23427 | 783408 | 1% 20 Net 30 | |

| Item | Description | Order... | Prev. Inv... | Backor... | Invoiced | U/M | Rate | Amount |
|------|-------------|----------|--------------|-----------|----------|-----|------|--------|
| LBS<br>Drop Charge | 18" 70# offset 40/50/3<br>Drop Charge | 2,000<br>1 | 0<br>0 | 0 | 2,138<br>1 | CWT | 0.51<br>150.00 | 1,090.38<br>150.00 |

A Finance Charge of 1 ½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| | |
|--|--|
| **Total** | $1,240.38 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,240.38 |

L&P Paper Inc.

P.O. Box 96
Southbridge, MA 01550

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/27/2017 | 18148 |

| Bill To |
|---------|
| North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 |

| Ship To |
|---------|
| North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 783402 | 1% 20 Net 30 | MRG | | Truck | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|-----------|--------|
| 42,633 | LBS | 18" 007 reply card 40/50/3 | CWT | 0.51 | 21,742.83 |

A Finance Charge of 1 ½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

**Total**    $21,742.83

L&P Paper Inc.

P.O. Box 96
Southbridge, MA  01550

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2017 | 18158 |

| Bill To |
|---------|
| North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 |

| Ship To |
|---------|
| North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 783428 | 1% 20 Net 30 | MRG | 10/31/2017 | NEMF | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|-----------|--------|
| 6,388 | LBS | 16" 007 matte 40/50/3 | CWT | 0.54 | 3,449.52 |
| 1 | Drop Charge | Drop Charge | | 150.00 | 150.00 |

A Finance Charge of 1 ½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| **Total** | $3,599.52 |
|-----------|-----------|

L&P Paper Inc.

P.O. Box 96
Southbridge, MA  01550

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2017 | 18172 |

| Bill To |
|---------|
| North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 |

| Ship To |
|---------|
| North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 783410 | 1% 20 Net 30 | MRG | 10/31/2017 | NEMF | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|------------|--------|
| 55,358 | LBS | 18" 50# offset 40/3 | CWT | 0.45 | 24,911.10 |
| 25,382 | LBS | 10" 50# offset 50/5 | CWT | 0.47 | 11,929.54 |

A Finance Charge of 1 ½% per month (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| Total | $36,840.64 |
|-------|------------|

11/09/2017 11:01 15082485087 L P PAPER PAGE 01/20

Case Case 4:15-cv-40103-TSH Document 1-1 B PAPER Filed 11/09/17 Page 39:3045 Desc PAGE 01/20
Exhibit Complaint Exhibit A    Page 39 of 45



# PAPER INC.

P.O. BOX 96
SOUTHBRIDGE, MA 01550
TEL: 800-444-4009
FAX: 508-248-5087

## *FAX TRANSMISSION*

TO: __ Paul Foley _____ FROM: Cathy Cloutier  x 123 _____

FAX: _____ PAGES: __40 including cover age_____

PHONE NUMBER: _____ DATE:  __11/9/17_____

RE: __ North American Comm. _____ CC: _____

Fax to 508-755-6640

Good Morning Paul

Marty Gubb asked me to fax these invoices and aging to you.

I will send them in 2 faxes because there are 40 pages including the cover page.

Let me know if you need any resent.

Thanks

Cathy

6:19 AM
11/09/17

**L&P Paper Inc.**
**Accounts Receivabe Aging Report**
As of November 9, 2017

North American Communications

| Type | Date | Num | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|
| Invoice | 09/21/2017 | 18006 | 1% 20 Net 30 | 09/20/2017 | 80 | 18,605.67 |
| Invoice | 08/23/2017 | 18008 | 1% 20 Net 30 | 09/22/2017 | 78 | 10,230.24 |
| Invoice | 08/30/2017 | 18024 | 1% 20 Net 30 | 09/29/2017 | 71 | 8,824.58 |
| Invoice | 09/05/2017 | 18040 | 1% 20 Net 30 | 10/05/2017 | 65 | 38,245.19 |
| Invoice | 09/07/2017 | 18039 | 1% 20 Net 30 | 10/07/2017 | 63 | 18,450.53 |
| Invoice | 09/11/2017 | 18038 | 1% 20 Net 30 | 10/11/2017 | 59 | 13,178.86 |
| Invoice | 09/11/2017 | 18042 | 1% 20 Net 30 | 10/11/2017 | 59 | 23,237.44 |
| Invoice | 09/11/2017 | 18045 | 1% 20 Net 30 | 10/11/2017 | 59 | 3,571.80 |
| Invoice | 09/11/2017 | 18048 | 1% 20 Net 30 | 10/11/2017 | 59 | 14,399.64 |
| Invoice | 09/16/2017 | 18060 | 1% 20 Net 30 | 10/16/2017 | 52 | 19,994.62 |
| Invoice | 09/16/2017 | 18061 | 1% 20 Net 30 | 10/16/2017 | 52 | 19,815.80 |
| Invoice | 09/19/2017 | 18065 | 1% 20 Net 30 | 10/19/2017 | 51 | 19,929.20 |
| Invoice | 09/28/2017 | 18082 | 1% 20 Net 30 | 10/28/2017 | 42 | 39,976.20 |
| Invoice | 09/28/2017 | 18096 | 1% 20 Net 30 | 10/28/2017 | 42 | 20,461.71 |
| Invoice | 09/29/2017 | 18081 | 1% 20 Net 30 | 10/29/2017 | 41 | 20,825.12 |
| Invoice | 09/29/2017 | 18087 | 1% 20 Net 30 | 10/29/2017 | 41 | 21,680.54 |
| Invoice | 09/30/2017 | 18090 | 1% 20 Net 30 | 10/30/2017 | 40 | 17,772.92 |
| Invoice | 10/05/2017 | 18095 | 1% 20 Net 30 | 11/04/2017 | 35 | 2,468.46 |
| Invoice | 10/05/2017 | 18096 | 1% 20 Net 30 | 11/04/2017 | 35 | 3,269.24 |
| Invoice | 10/02/2017 | 18092 | 1% 20 Net 30 | 11/09/2017 | 30 | 20,202.39 |
| Invoice | 10/10/2017 | 18110 | 1% 20 Net 30 | 11/09/2017 | 30 | 2,739.78 |
| Invoice | 10/11/2017 | 18114 | 1% 20 Net 30 | 11/10/2017 | 29 | 21,513.23 |
| Invoice | 10/11/2017 | 18116 | 1% 20 Net 30 | 11/10/2017 | 29 | 2,309.92 |
| Invoice | 10/11/2017 | 18122 | 1% 20 Net 30 | 11/10/2017 | 29 | 19,444.11 |
| Invoice | 10/13/2017 | 18123 | 1% 20 Net 30 | 11/12/2017 | 27 | 22,005.54 |
| Invoice | 10/13/2017 | 18125 | 1% 20 Net 30 | 11/12/2017 | 27 | 41,806.23 |
| Invoice | 10/18/2017 | 18128 | 1% 20 Net 30 | 11/17/2017 | 22 | 33,052.96 |
| Invoice | 10/18/2017 | 18131 | 1% 20 Net 30 | 11/17/2017 | 22 | 7,367.01 |
| Invoice | 10/20/2017 | 18135 | 1% 20 Net 30 | 11/19/2017 | 20 | 6,115.92 |
| Invoice | 10/23/2017 | 18137 | 1% 20 Net 30 | 11/22/2017 | 17 | 19,910.64 |
| Invoice | 10/23/2017 | 18138 | 1% 20 Net 30 | 11/22/2017 | 17 | 20,753.88 |
| Invoice | 10/24/2017 | 18139 | 1% 20 Net 30 | 11/23/2017 | 16 | 2,387.88 |

Page 1 of 2

11/09/17

## L&P Paper Inc.
## Accounts Receivabe Aging Report
### As of November 9, 2017

Total North American Communications

| Type | Date | Num | Terms | Due Date | Aging | Open Balance |
|------|------|-----|-------|----------|-------|--------------|
| Invoice | 10/24/2017 | 18143 | 1% 20 Net 30 | 11/23/2017 | 16 | 20,797.56 |
| Invoice | 10/26/2017 | 18147 | 1% 20 Net 30 | 11/25/2017 | 14 | 1,240.38 |
| Invoice | 10/27/2017 | 18148 | 1% 20 Net 30 | 11/26/2017 | 13 | 21,742.83 |
| Invoice | 10/31/2017 | 18158 | 1% 20 Net 30 | 11/30/2017 | 9 | 3,599.52 |
| Invoice | 10/31/2017 | 18172 | 1% 20 Net 30 | 11/30/2017 | 9 | 36,840.64 |
| | | | | | | 637,889.16 |

L&P Paper Inc.

P.O. Box 96
Southbridge, MA 01550

# Invoice

| Date | Invoice # |
|---|---|
| 11/1/2017 | 18192 |

| Bill To |
|---|
| North American Communications |
| 141 NAC Drive |
| Duncansville, PA 16635 |

| Ship To |
|---|
| North American Comm. |
| 9660 Joe Rodriguez |
| El Paso, TX 79927 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| 783320 | 1% 20 Net 30 | MRG | 10/14/2017 | Truck | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 40,562 | LBS | 10 3/8" 60# offset 50/5 72rls | CWT | 0.515 | 20,889.43 |

A Finance Charge of 1 1/2% (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

| Total | $20,889.43 |
|---|---|

L&P Paper Inc.

P.O. Box 96
Southbridge, MA  01550

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/4/2017 | 18191 |

| Bill To |
|---------|
| North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 |

| Ship To |
|---------|
| North American Comm.<br>9660 Joe Rodriguez<br>El Paso, TX 79927 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|-------------|-------|-----|------|-----|--------|
| 783394 | 1% 20 Net 30 | MRG | 11/4/2017 | Truck | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|-----------|--------|
| 44,111 | LBS | 22" 60# offset 40/50/3 56rls | CWT | 0.45 | 19,849.95 |

A Finance Charge of 1 1/2% (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

**Total**            $19,849.95

L&P Paper Inc.

P.O. Box 96
Southbridge, MA  01550

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/6/2017 | 18190 |

**Bill To**

North American Communications
141 NAC Drive
Duncansville, PA 16635

**Ship To**

North American Communications
141 NAC Drive
Duncansville, PA 16635

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|-------------|-------|-----|------|-----|--------|
| 783400 | 1% 20 Net 30 | MRG | 11/6/2017 | Truck | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|------------|--------|
| 9,680 | LBS | 15" 60# white offset 40/3 | CWT | 0.45 | 4,356.00 |
| 11,494 | LBS | 10 3/8" 60# white offset 50/5 | CWT | 0.48 | 5,517.12 |
| 11,400 | LBS | 10" 50# white offset 50/5 | CWT | 0.49 | 5,586.00 |
| 10,978 | LBS | 11" 60# white offset | CWT | 0.48 | 5,269.44 |

A Finance Charge of 1 1/2% (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

**Total**  $20,728.56

L&P Paper Inc.

P.O. Box 96
Southbridge, MA  01550

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/7/2017 | 18183 |

| Bill To | Ship To |
|---------|---------|
| North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 | North American Communications<br>141 NAC Drive<br>Duncansville, PA 16635 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|-------------|-------|-----|------|-----|--------|
| 783439 | 1% 20 Net 30 | MRG | 11/7/2017 | NEMF | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|------------|--------|
| 3,334 | LBS | 18" 80# matte 40/50/3 | CWT | 0.51 | 1,700.34 |
| 1 | Drop Charge | Drop Charge | | 150.00 | 150.00 |

A Finance Charge of 1 1/2% (18% per year) will be charged on past due accounts over 30 days.
Return Policy: Any defective unprinted paper will be credited in full. Excluding press time.

**Total**   $1,850.34